■ LINDA SICHEL TRUITT, Plaintiff, v JACK ROSCOE et al., Appellants-Respondents, and TRICYCLE ENTERPRISES, INC., Respondent-Appellant. [847 NYS2d 869]—Cross appeals from a judgment of the Supreme Court (Relihan, Jr., J.), entered October 3, 2006 in Tompkins County, upon a decision of the court in favor of plaintiff.

Judgment affirmed upon the opinion of Justice Walter J. Relihan, Jr.

Crew III, J.P., Peters, Spain, Carpinello and Mugglin, JJ., concur. Ordered that the judgment is affirmed, without costs.